UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SCOTT A. DAVIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-639-RLY-JMS |
| | ) | |
| BARTHOLOMEW COUNTY JAIL; INITA SWEET, Individually and as a Nurse for Bartholomew County Corrections; JENNIFER CARROLL, Individually and as an Officer for Bartholomew County Corrections; NIKKI TUNGETT, Individually and as an Officer for Bartholomew County Corrections; BRENT KING, Individually and as an Officer for Bartholomew County Corrections; BRANDON SLATE, Individually and as an Officer for Bartholomew County Corrections; KENNETH J. WHIPKER, Individually and as Bartholomew County Sheriff; SGT. TOM RAYBURN, Individually and as Shift Supervisor and Medical Coordinator for Bartholomew County Corrections; and MAJOR GARY MYERS, Individually and as Bartholomew County Jail Commander, | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The court, having this day granted Defendants' motion for summary judgment on

all of Plaintiff's claims, now enters final judgment in Defendants' favor and against

1

Plaintiff Scott Davis.

**SO ORDERED** this 7th day of March 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
Deputy Clerk, U.S. District Court

Electronic copies to:

Elizabeth Eileen Harper
YEAGER GOOD & BALDWIN PA
harper_elizabeth@sbcglobal.net

Douglas Alan Hoffman
CARSON BOXBERGER
hoffman@carsonboxberger.com